IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-237-D

| | |
|---|---|
| ZANDRA ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CITY OF RALEIGH, NC, ) | |
| ) | |
| Defendant. ) | |

On September 5, 2020, the City of Raleigh ("defendant" or "City of Raleigh") moved to dismiss Zandra Adams's ("plaintiff" or "Adams") pay discrimination claim [D.E. 11] and filed a memorandum in support [D.E. 12]. See Fed. R. Civ. P. 12(b)(6). On October 5, 2020, Adams responded in opposition [D.E. 14]. On October 19, 2020, the City of Raleigh replied [D.E. 19].

The court has reviewed defendant's motion under the governing standard. The court GRANTS IN PART defendant's motion to dismiss and DISMISSES plaintiff's request for punitive damages [D.E. 11]. See 42 U.S.C. § 1981a(b)(1). The court DENIES defendant's motion to dismiss plaintiff's Title VII and section 1981 pay discrimination claim [D.E. 11]. Whether plaintiff's claim will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 28 day of December 2020.

JAMES C. DEVER III
United States District Judge