UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ZANDRA ADAMS | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:20-CV-237-D |
| | ) |
| CITY OF RALEIGH, NORTH CAROLINA, | ) |
| Defendant. | ) |

## **ORDER OF DISMISSSAL**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

SO ORDERED. This 24 day of May 2021.

James C. Dever III
UNITED STATES DISTRICT JUDGE